# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv313

| | |
|---|---|
| **BUCKEYE FIRE EQUIPMENT COMPANY,** an Ohio corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **TYCO FIRE PRODUCTS LP**, a Delaware limited partnership, and **ADT SERVICES AG**, a Swiss corporation, <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on Michael G. Adams' Motion for Admission *Pro Hac Vice* of Paul J. Kennedy [Doc. 8].

In the Application, Michael G. Adams has certified that Paul J. Kennedy is a member in good standing of the Pennsylvania Bar and will be appearing with Michael G. Adams, a member in good standing with the Bar of this Court. The applicant has submitted with the Application the full admission fee and has provided the email address of the attorney seeking admission.

**IT IS, THEREFORE, ORDERED** that Michael G. Adams' Motion for Admission *Pro Hac Vice* of Paul J. Kennedy [Doc. 8] is hereby **GRANTED** and Paul J. Kennedy is hereby **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Michael G. Adams.

Signed: December 11, 2012

Martin Reidinger
United States District Judge